STATE EX REL. CONTINENTAL INSURANCE COMPANY and others, Petitioners, vs. CHESTER A. FOWLER, Circuit Judge, Defendant.

*May 15—June 18, 1928.*

The cause was submitted for the petitioners on the brief of *Shaw, Muskat & Sullivan* of Milwaukee, and for the defendant Chester A. Fowler and the Art Wall Paper Company (plaintiff below) on that of *Richmond, Jackman, Wilkie & Toebaas* of Madison, attorneys, and *Julius Moses* of Chicago, of counsel.

ESCHWEILER, J. The question here presented is the same as that in the companion petition decided herewith of *State ex rel. Ætna Ins. Co. v. Fowler, Judge* (*ante,* p. 451, 220 N. W. 534), and the decision in that case rules this.

*By the Court.*—Petition for a writ of prohibition denied.